UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
                                               :

E.V. and L.V.,                            :

*Plaintiffs*,                              :

v.                                                :
                                             :                    1:22-cv-02855 (PAC)

UNITED HEALTHCARE OXFORD,  :
and UNITED BEHAVIORAL           :                    **ORDER**
HEALTH ,                                        :

*Defendants.*                           :

------------------------------------------------X

       This Order resolves Defendants' motions to partially seal several letters to the Court regarding the parties' upcoming motions for summary judgment.[1] Specifically, Defendants move to redact certain portions of their own letters referencing Plaintiff L.V.'s medical records. Plaintiffs E.V. and L.V. have no objection to these motions.

       Defendants seek only very limited redactions pertaining to sensitive personal data. The Court has reviewed the proposed redactions and—for reasons stated by the parties on the record at the October 25, 2022 conference—**GRANTS** the motions. The Clerk of the Court is directed to terminate the motions at ECF Nos. 49, 52, and 55.

Dated: New York, New York            SO ORDERED
       October 25, 2022

                                                      _____
                                                      HONORABLE PAUL A. CROTTY
                                                      United States District Judge

---

[1] ECF Nos. 48–50, 52–54, 55–57.