# ReedSmith
**Driving progress through partnership**

Rebecca R. Hanson
Direct Phone: +1 312 207 2831
Email: rhanson@reedsmith.com

Samuel Kadosh
Direct Phone: +1 212 549 0451
Email: skadosh@reedsmith.com

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
+1 312 207 1000
Fax +1 312 207 6400

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

November 29, 2022

**VIA ECF**

12/9/2022
The requested sealing is granted. SO ORDERED.

*Paul A. Crotty*

The Honorable Paul A. Crotty
United States District Court
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: *E.V. v. Oxford Health Plans (NY), Inc.* ("Oxford"), erroneously sued as United Healthcare Oxford, and United Behavioral Health ("UBH") (collectively, "United"), S.D.N.Y., No. 1:22-CV-02855-PAC**

Dear Judge Crotty:

We represent Defendants Oxford Health Plans (NY), Inc. ("Oxford"), erroneously sued as United Healthcare Oxford, and United Behavioral Health ("UBH") (collectively, "United") in the above-referenced matter. Pursuant to the Court's Individual Motion Practices and Rules, United writes to request sealing of the Administrative Record filed in conjunction with its Motion for Summary Judgment. The aforementioned Administrative Record is being filed contemporaneously with this letter.

The Administrative Record contains documents that United has determined to be designated as Confidential pursuant to the Stipulated Confidentiality Agreement and Protective Order ("Protective Order") in this matter. (Dkt. #45). Specifically, the Administrative Record contains Protected Health Information and Individually Identifiable Information, which are protected by HIPAA and are deemed Confidential under Section 2 of the Protective Order, as well as Defendants' confidential and proprietary business information.

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON
RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

The Honorable Paul A. Crotty
November 29, 2022
Page 2

ReedSmith

As such, United respectfully requests that the redactions in its Motion remain under seal. United thanks the Court for its consideration of this request.

Respectfully submitted,

/s/ Samuel Kadosh
Samuel Kadosh
Rebecca R. Hanson

cc:   Counsel of Record (*via CM/ECF*)