

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
+1 312 207 1000
Fax +1 312 207 6400

**Rebecca R. Hanson**
Direct Phone: +1 312 207 2831
Email: rhanson@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

**Samuel Kadosh**
Direct Phone: +1 212 549 0451
Email: skadosh@reedsmith.com

January 17, 2023

**VIA ECF**

The Honorable Paul A. Crotty
United States District Court
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

> The Motion is GRANTED.
>
> Date:
> January 19, 2023
>
> _/s/ Paul A. Crotty_
> U.S. District Judge

**Re:** *E.V. v.* **Oxford Health Plans (NY), Inc. ("Oxford"), erroneously sued as United Healthcare Oxford, and United Behavioral Health ("UBH") (collectively, "United"), S.D.N.Y., No. 1:22-CV-02855-PAC**

Dear Judge Crotty:

    We represent Defendants Oxford Health Plans (NY), Inc. ("Oxford"), erroneously sued as United Healthcare Oxford, and United Behavioral Health ("UBH") (collectively, "United") in the above-referenced matter. Pursuant to the Court's Individual Motion Practices and Rules, United writes to request sealing of certain portions of its Reply in Support of Motion for Summary Judgment ("Reply"). The aforementioned Reply is being filed contemporaneously with proposed redactions.

    United's Reply quotes or paraphrases information that United has determined to be designated as Confidential pursuant to the Stipulated Confidentiality Agreement and Protective Order ("Protective Order") in this matter. (Dkt. #45). Specifically, United's Reply contains Protected Health Information and Individually Identifiable Information, which are protected by HIPAA and are deemed Confidential under Section 2 of the Protective Order.

    As such, United respectfully requests that the redactions in its Reply remain under seal. United thanks the Court for its consideration of this request.

The Honorable Paul A. Crotty
January 17, 2023
Page 2

ReedSmith

Respectfully submitted,

/s/ *Samuel Kadosh*
Samuel Kadosh
Rebecca R. Hanson


cc:     Counsel of Record (*via CM/ECF*)