**Brian S. King, PC**

**Attorney at Law**

Brian S. King, Esq.
Brent J. Newton, Esq.
Samuel M. Hall, Esq.
Tera J. Peterson, Esq.

420 E. South Temple, Suite 420
Salt Lake City, Utah 84111
Telephone: (801) 532-1739
Toll Free: (866) 372-2322
Facsimile: (801) 532-1936
www.erisa-claims.com

> The Motion is GRANTED.
>
> Date:
> January 19, 2023
>
> _____
> U.S. District Judge

January 17, 2023

Honorable Paul A. Crotty
United States District Court
Southern District of New York

**Re:**   **E.V. and L.V. vs. United Healthcare Oxford, et al.**
         **Case No. 1:22-cv-02855 – PAC**

Dear Judge Crotty,

I represent Plaintiffs E.V. and L.V. in the above referenced matter. Pursuant to the Court's Individual Motion Practices and Rules, Plaintiffs write this request to redact selected portions of Plaintiffs' Reply Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment (the "Memorandum").

Plaintiffs' Memorandum quotes from documents that were produced to Plaintiffs as Confidential pursuant to the Stipulated Confidentiality Agreement and Protective Order (ECF 45).

Sincerely,

/s/ Brian S. King

Brian S. King
Attorney for the Plaintiffs