```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/16/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E.V. and L.V.,

                Plaintiffs,          Case No. 1:22-cv-02855-VM

v.

UNITED HEALTHCARE OXFORD, and
UNITED BEHAVIORAL HEALTH,

                Defendants.

## JUDGMENT

For the reasons stated in the Parties' Motion for Judgment by Stipulation, it is ORDERED, ADJUDGED, AND DECREED: That the Plaintiffs have judgment against Defendants in the amount of $81,444.04, as well as prejudgment interest already accumulated in the amount of $34,189.46 and attorneys' fees in the amount of $43,694.50, for a total amount of $159,328.00.

Dated: New York, New York

      August 16, 2024

                                              Victor Marrero
                                              United States District Judge